1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
           – and –
6  STUART A. DAVIDSON
   MARK DEARMAN
7  KATHLEEN L. BARBER
   BAILIE L. HEIKKINEN
8  CHRISTOPHER C. MARTINS
   120 East Palmetto Park Road, Suite 500
9  Boca Raton, FL  33432
   Telephone: 561/750-3000
10 561/750-3364 (fax)
   sdavidson@rgrdlaw.com
11 mdearman@rgrdlaw.com
   kbarber@rgrdlaw.com
12 bheikkinen@rgrdlaw.com
   cmartins@rgrdlaw.com

LABATON SUCHAROW LLP
GREGORY S. ASCIOLLA
ROBIN A. VAN DER MEULEN
140 Broadway, 34th Floor
New York, NY  10005
Telephone: 212/907-0700
212/818-0477 (fax)
gasciolla@labaton.com
rvandermeulen@labaton.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CLOROX CONSUMER LITIGATION | Master File No. 12-cv-00280-SC |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | [~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

**[~~PROPOSED~~] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' Joint Stipulation of Dismissal With Prejudice, the Court hereby dismisses the above-captioned case, with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   02/18/2015

_____
Honorable Samuel Conti
United States District Judge